THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* BARRIOS, DEFENDANT AND APPELLANT.

APPEAL from the District Court of Mayagüez in a Prosecution for Voluntary Homicide.

MOTION of the Defendant-Appellant that the Supreme Court Fix the Bail for His Temporary Discharge.

No. 896.—Decided July 20, 1915.

VOLUNTARY HOMICIDE—BAIL ON APPEAL—DISCRETION OF COURT.—According to subdivision 2 of section 374 of the Code of Criminal Procedure, which is similar to subdivision 2 of section 1272 of the Penal Code of California, it is discretional with the trial court whether a person convicted of voluntary homicide be admitted to bail pending the prosecution and decision of the appeal.

BAIL ON APPEAL.—The power of admitting the defendant to bail pending an appeal taken by him should not be exercised primarily by the Supreme Court, but the application should be decided by the court below.

The facts are stated in the decision.

*Mr. Angel A. Vázquez* for the appellant.

*Mr. Salvador Mestre, fiscal,* for the respondent.

BY THE COURT.

After considering the motion of the defendant-appellant, Rogelio Barrios, that this court fix the amount of bail to be furnished by him so· that he may remain at liberty until his appeal has been heard and decided, also considering sub-section 2 of section 374 of the Code of Criminal Procedure, which is the same as subsection 2 of section 1272 of the Penal Code of California, and the case of *People* v. *Perdue,* 48 Cal., 552,

The motion is overruled without prejudice to the making of a similar motion in the lower court.

*Motion overruled without prejudice.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.